# IN THE NINTH CIRCUIT COURT OF APPEALS

# CASE# 13-16359

_____

## JAMES GRINOLS, EDWARD NOONAN, THOMAS MACCLERAN, ROBERT ODDEN, KEITH JUDD, ORLY TAITZ

### APPELLANTS

### V

## ELECTORAL COLLEGE, U.S. CONGRESS, GOVERNOR OF CALIFORNIA, SECRETARY OF STATE OF CALIFORNIA, BARACK OBAMA

### APPELLEES

## REQUEST FOR EXTENSION OF TIME TO FILE A REPLY

Appellees received two extensions to file an Appelles' brief. Appellants have to reply to two voluminous Appellees'  briefs from two groups of Appellees.

Appellants  attorney is currently drafting pleadings for several other cases in several states and needs additional 30 days to reply to the Appellees', briefs.

Conclusion

Ninths circuit should grant the appellants additional 30 days to file a reply to Appellees briefs.

Respectfully,

/s/ Orly Taitz,

Counsel for Appellants

02.10.2013

Certificate of service

Appellees were served with this request for extension of time through ECF

/s/ Orly Taitz

02.10.2013