UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 11 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES GRINOLS; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>ELECTORAL COLLEGE; et al.,<br><br>Defendants - Appellees. | No. 13-16359<br><br>D.C. No. 2:12-cv-02997-MCE-DAD<br>U.S. District Court for Eastern California, Sacramento<br><br>**ORDER** |

Appellants' motion for an extension of time to file the reply brief is granted.

The reply brief is now due on or before March 14, 2014.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Grace Santos
Deputy Clerk

Ninth Circuit Rules 27-7 and 27-10