# IN THE NINTH CIRCUIT COURT OF APPEALS

# CASE# 13-16359

_____

**JAMES GRINOLS, EDWARD NOONAN, THOMAS MACCLERAN, ROBERT ODDEN, KEITH JUDD, ORLY TAITZ**

**APPELLANTS**

**V**

**ELECTORAL COLLEGE, U.S. CONGRESS, GOVERNOR OF CALIFORNIA, SECRETARY OF STATE OF CALIFORNIA, BARACK OBAMA**

**APPELLEES**

**MOTION FOR JUDICIAL NOTICE /SUPPLEMENT RECORD ON APPEAL**

**ORLY TAITZ**

**29839 SANTA MARGARITA, STE 100**

**RANCHO SANTA MARGARITA, CA, 92688**

**PH 949-683-5411, FAX 949-766-7603**

**COUNSEL FOR PLAINTIFFS**

## Argument

Rule 201 of Federal rules of Civil Procedure allows for Judicial Notice.

On February 15, 2014 this court held an oral argument in

US Court of Appeals for the 9th Circuit 13-15085 Peace and Freedom Party, Peta Lindsey , Richard Bauer v Secretary of State of Ca Debra Bowen.

Statements made during this hearing by the Chief Judge of the 9th Circuit court of Appeals, Hon Alex Kozinsky, as well as Hon O'Scannlain and Murguia directly related to the case at hand.

As such, Plaintiffs respectfully move this court to supplement record and notice attached Transcript o the Oral Argument in *Peace and Freedom v Bowen.*

Plaintiffs, also, respectfully request for the same panel to hear the case at hand, as the cases revolve around the same legal principles and facts.

*Respectfully*

*/s/ Orly Taitz 03.18.2014*

*Counsel for Plaintiffs*

*I, Orly Taitz, attest that all parties in the case were served with the attached notice via ECF*

*/s/ Orly Taitz 03.18.2014*